**In the Matter of Frank J. PSOTA, Bankrupt.**
**Frank A. CARELIN v. Abe SIMON, as Trustee, etc.**

Circuit Court of Appeals, Seventh Circuit.
March 13, 1936.

Leonard Gesas, of Chicago, Ill., for appellant.

Morton B. Hochberg, of Chicago, Ill., for appellee.

Before EVANS, SPARKS and ALSCHULER, Circuit Judges.

EVANS, Circuit Judge.

Now this day come the parties by their counsel and present and file a stipulation of counsel to dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated and agreed by and between Abe Simon, trustee for the estate of Frank J. Psota, appellee, by his attorney, Morton B. Hochberg, and Frank A. Carelin, appellant, by his attorney, Leonard Gesas, that the cause herein be dismissed and that the appeal bond filed pursuant thereto be cancelled."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

**F. W. SCHUTZ v. SOUTHERN PACIFIC COMPANY et al.**
**No. 8222.**

Circuit Court of Appeals, Ninth Circuit.
June 8, 1936.

Huston, Huston & Huston, of Woodland, Cal., for appellant.

Devlin & Devlin & Diepenbrock, of Sacramento, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.